TROTT, Appellant, v. SCHMITT, Respondent. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Verne Trott, as executrix, etc., of William Trott, deceased, against Valentin Schmitt. No opinion. Judgment affirmed, with costs. See 104 N. Y. Supp. 98.

TWEEDIE, Respondent, v. CLARK, Appellant. (Supreme Court, Appellate Division, Third Department. June 18, 1908.) Action by Alexander Tweedie against Emmet Clark.

PER CURIAM. Judgment unanimously affirmed, with costs. See 99 N. Y. Supp. 856.

SEWELL, J., not sitting.

ULLNER v. DORAN. (Supreme Court, Appellate Term. June 30, 1908.) Appeal from Municipal Court, Borough of Manhattan, Fifth District. Action by Walter V. Ullner against John R. Doran. From a judgment for defendant, plaintiff appeals. Reversed, and new trial ordered. Hastings & Gleason, for appellant. William A. Hayes, for respondent.

PER CURIAM. The plaintiff claims that he received an assignment of all the property of one Menger on November 18, 1907. Subsequent thereto an execution was issued to defendant, as a marshal of the city of New York, upon a judgment obtained by a third party against said Menger, and said defendant levied upon the property so claimed by plaintiff, who sues him in the case at bar for a conversion. The justice gave the following decision: "Under the suspicious circumstances surrounding the assignment to the plaintiff, I shall find judgment for the defendant." This was apparently the only point in the case which the justice considered worthy of notice or took into consideration, and a careful perusal of the testimony leads us to the conclusion that plaintiff's uncontradicted evidence respecting the assignment to him from Menger made out a prima facie title, and that it was error to find for defendant on the ground indicated. Judgment reversed, and new trial ordered, with costs to appellant to abide the event.

UNION FREE SCHOOL DIST. NO. 4, TOWN OF ORANGETOWN, ROCKLAND COUNTY, Respondent, v. GREAR et al., Appellants. (Action No. 2.) (Supreme Court, Appellate Division, Second Department. June 12, 1908.) Action by the Union free school district No. 4, town of Orangetown, county of Rockland, against Paulinus L. Grear and others.

PER CURIAM. Judgment affirmed, with costs. See 109 N. Y. Supp. 931.

HOOKER, J., dissents.

UNIVERSAL BUILDING & CONTRACTING CO., Appellant, v. KARP, Respondent, et al. (Supreme Court, Appellate Division, First Department. June 19, 1908.) Action by the Universal Building & Contracting Company against Samuel Karp, impleaded with others. Max Schleimer (Joseph F. Daly, of counsel), for appellant. Morris Kamber (L. W. Thompson, of counsel), for respondent. No opinion. Judgment affirmed, with costs. Order filed.

URSINO, Respondent, v. WEITZMAN, Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Rocco V. Ursino against Isaac Weitzman. No opinion. Judgment of the Municipal Court affirmed, with costs.

VAN ALLEN, Respondent, v. PEABODY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 27, 1908.) Action by Lewis Van Allen against Charles M. Peabody and others, as executors, etc.

PER CURIAM. Judgment and order affirmed, with costs. See 97 N. Y. Supp. 1119.

WILLIAMS, J., dissents.

VEIT et al., Appellants, v. BARKAS et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 12, 1908.) Action by Richard S. Veit and James H. Hallan, copartners, etc., against Morris Barkas and another. No opinion. Judgment of the Municipal Court reversed as to the defendant Barkas, on the ground that the plaintiff has made out a prima facie case of liability, and a new trial ordered as to that defendant; costs to abide the event.

VELTRI, Appellant, v. F. W. GESSWEIN CO., Respondent. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by Louis Veltri, an infant, against the F. W. Gesswein Company. T. J. O'Neill, for appellant. F. V. Johnson, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

VERGESSLICH, Appellant, v. HEIMERDINGER, Respondent. (Supreme Court, Appellate Division, First Department. July 8, 1908.) Action by Samuel H. Vergesslich against George C. Heimerdinger. J. Manheim, for appellant. M. Mayer, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

In re VILLAGE OF POTSDAM. (Supreme Court, Appellate Division, Third Department. June 18, 1908.) In the matter of the application of the village of Potsdam for a certificate of authority to establish a lighting system for supplying the inhabitants with electric lights. No opinion. Order unanimously affirmed, with costs.

VINT, Respondent, v. CONEY ISLAND & B. R. CO., Appellant (two cases). (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Actions by David Vint, as administrator, etc., against the Coney Island & Brooklyn Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

VIO CHEMICAL CO., Appellant, v. HARTMAN, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 27, 1908.) Action by the Vio Chemical Company against Caroline Hartman.

PER CURIAM. Judgment affirmed, with costs. Held, that the plaintiff failed to prove